**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
MATTHEW JAMES HALLA
BROOKE AMANDA HALLA
Debtor(s)

Case No: 17−33571 − WJF

Chapter 7 Case

**NOTICE OF DEFICIENCY**

On 12/13/2017, a reaffirmation agreement between the debtor and AFFINITY PLUS FEDERAL CU was filed in this case.

The reaffirmation agreement filed was deficient in the following respects:

☑ The agreement was not submitted on the correct form; (Local Form 4008−1 Reaffirmation Agreement)
For the correct version of the form, see www.mnb.uscourts.gov/local−forms

☐ The reaffirmation agreement cover sheet was not submitted; (Official Form 427)
For the correct version of the form, see www.mnb.uscourts.gov/local−forms

☐ The reaffirmation agreement cover sheet was not completed;

☐ The undue hardship checkbox was not completed;

☐ Part D of the reaffirmation agreement was not completed; or

☐ Other (described below):

No action, including any hearing, judicial review or approval required under 11 U.S.C. § 524, will be taken in connection with this agreement unless and until all deficiencies have been corrected.

Dated: 12/14/17

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: jen
Deputy Clerk

**mnbreafd 6/16**